*John Lyon, Thomas Young* and *Francis G. Hooley* for appellant.

*Frank L. Polk, Corporation Counsel (John B. Shanahan* and *James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Not voting: WILLARD BARTLETT, Ch. J.

---

THE CITY OF NEW YORK, Appellant and Respondent, *v.* GEORGE W. LINCH, as Receiver of THE SECOND AVENUE RAILROAD COMPANY, Respondent and Appellant.

*City of N. Y.* v. *Linch,* 161 App. Div. 292, affirmed
(Argued October 20, 1914; decided November 10, 1914.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1914, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover the cost of repaving between and adjacent to the tracks of the Second Avenue Railroad Company.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* and *Frank B. Pierce* of counsel), for plaintiff, appellant and respondent.

*Julien T. Davies* and *Brainard Tolles* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.